IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 12-1767 (SLR) ) |
| MEGAPATH INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT MEGAPATH CORPORATION'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION**

Defendant MegaPath Corporation ("MegaPath") does not oppose plaintiff Brandywine Communications Technologies, LLC's ("Brandywine's) motion to stay proceedings pending determination by the Judicial Panel For Multidistrict Litigation of Brandywine's motion to consolidate and transfer the several dozen actions that it has filed around the country alleging infringement of the same six patents at issue here.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

David S. Elkins
Joseph P. Grasser
SQUIRE SANDERS (US) LLP
600 Hansen Way
Palo Alto, CA 94304
(650) 856-6500

Katherine K. Mudge
Vice President, Regulatory Affairs & Litigation
MEGAPATH CORPORATION
1835-B Kramer Ln., Suite 100
Austin, TX 78758
(512) 794-6197

June 20, 2013
7306662

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 20, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT, LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809 | *VIA ELECTRONIC MAIL* |
| Lei Sun, Esquire<br>FARNEY DANIELS LLP<br>800 South Austin, Suite 200<br>Georgetown, TX  78626-5845 | *VIA ELECTRONIC MAIL* |

*/s/ Julia Heaney*

Julia Heaney (#3052)