IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 12-1767 (SLR) |
| v. | ) ) | |
| MEGAPATH, INC., | ) ) ) | |
| Defendant. | ) | |
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 12-1769 (SLR) |
| v. | ) ) | |
| WINDSTREAM CORPORATION., | ) ) ) | |
| Defendant. | ) | |
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 12-1784 (SLR) |
| v. | ) ) | |
| CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF BRANDYWINE'S MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION**

On this day, Plaintiff Brandywine Communications Technologies, LLC's

("Brandywine") Motion for an order staying the above-captioned actions came before the

1

Court for consideration. The Court, having considered the motion and finding it meritorious, hereby

ORDERS that Plaintiff Brandywine Communications Technologies, LLC's Motion for an order staying the above-captioned actions is GRANTED; and further

That the above captioned matters are STAYED pending resolution of Brandywine's Motion to Transfer that is currently pending before the Judicial Panel for Multidistrict Litigation.

SIGNED this \_\_\_1st\_\_\_ day of \_\_\_\_July\_\_\_\_, 2013.

_____
United States District Judge